# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEWIS D. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:20-cv-01619-MN |
| v. | ) | |
| | ) | |
| RMG ACQUISITION CORP., D. JAMES | ) | |
| CARPENTER, ROBERT S. MANCINI, | ) | |
| PHILIP KASSIN, W. GRANT GREGORY, | ) | |
| CRAIG BRODERICK, W. THADDEUS | ) | |
| MILLER, STEPHEN P. BUFFONE, RMG | ) | |
| MERGER SUB, INC., and ROMEO | ) | |
| SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 28, 2020

**RIGRODSKY & LONG, P.A.**

By: */s/ Gina M. Serra*

Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*